# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| ROBERT CURTIS FINCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV614-021 |
| | ) | |
| BANK OF NEWINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Robert Finch, a *pro se* non-inmate litigant, seeks leave to proceed *in forma pauperis* ("IFP") in this case against the Bank of Newington for lost "interest" in the amount of $43,525,000.00. Doc. 2. He claims that in 2009 he opened a no-interest checking account with the bank but has since discovered that "Money Naturally Gains Interest at" a specific formula that only he seems to understand. Doc. 1 at 2. Because the bank refuses to pay him that interest, he seeks $43,525,000.00 in damages. Doc. 1 at 2. He also moves, as he has in the past, for leave to proceed *in forma pauperis* (IFP). Doc. 2. Finch attests that that he is penniless and lives with his mother, who "receives $1,275 Disability a Month For My Support." *Id.* at 1.

Even a casual perusal of this Court's docket shows that Finch is a litigation menace to society. Although he has recently taken a break, he has burdened this Court with an appalling stream of frivolous filings over the years, though sometimes he has paid the filing fee. A sampling: *Finch v. East Central Regional Hospital*, No. CV111-093, doc. 7 at 2, 2011 WL 4055209 at *1 (S.D. Ga. Aug. 15, 2011) ("The Court notes at the outset that much of Plaintiff's complaint consists of incoherent statements accompanied by bizarre anatomical illustrations.")[1]; *see also id.* at 10-11, 2011 WL 4055209 at *5-6 (advising dismissal and warning of sanctions), *adopted*, doc. 10, 2011 WL 4048405 (S.D. Ga. Sept. 12, 2011); *Finch v. Morgan*, No. CV609-090, doc. 1 (S.D. Ga. Dec. 21, 2009) (complaining of medical treatment by a physician who did not properly examine him -- he suggested that the examination was improper because Finch "stayed totally clothed throughout the entire time" -- and he "was left to suffer severe pain and bodily dysfunction."); *see also id.*, doc. 15 at 4, 2010 WL

---

[1] By this point in time Finch had grown accustomed to making assertions like this (in raw, uncorrected form):

> I was purposly injuries over a penis and a working body with reflexes and true muscles and everyone in Savannah, Statesboro, and Screven know it. Its not like I just moved to this area I've lived here for 26 years and had a body that women begged to touch on the chest, shoulders, back, ass and abs for more than 22 of those years.

*Finch v. Kile*, CV609-084, doc. 16 at 1 (S.D. Ga. Mar. 8, 2010).

2

1081564 at * 2 (S.D. Ga. Mar. 11, 2010) ("Finch does not properly allege a basis for the Court's jurisdiction. Accordingly, his case should be DISMISSED."); *Finch v. Kile*, CV610-021, doc. 1 at 2 (S.D. Ga. Feb. 8, 2010) (requesting that some named defendants be "sentenced to life without parole or the death penalty"; insisting he was "a very well known cock strong young man and one of the sexiest men on earth he was set up by Bret Dickerson whose penis, pelvic cavi[t]y and anorectal area will not support his body"); *see also id.*, doc. 6 at 2 ("Since Finch is attempting to do something that no private individual may do, this suit is a nullity. The Clerk erred in assigning this case a civil case number. Accordingly, the Clerk is DIRECTED to close this case.").

This much is clear: Rather than put his own money on the line to pay for his recreational litigation, Finch wants the taxpayers to subsidize it. A federal court, of course, cannot function effectively as a public resource if the malicious and mentally imbalanced are permitted to bombard it with absurdities. *Burns v. U.S. Dep't of Labor*, No. CV413-261, doc. 12 at 2, 2014 WL 1379982 at * 2 (S.D. Ga. Apr. 8, 2014) ("This Court has a duty to protect itself from frivolous litigation, which is one of the reasons why Fed. R. Civ. P. 11(c)(3) grants courts authority to *sua*

*sponte* impose sanctions."), *adopted*, doc. 17 (S.D. Ga. Apr. 29, 2014). That is why it is armed with the inherent power, Rule 11 authority, and constitutional duty to protect itself from those who "impair its ability to carry out Article III functions." *Procup v. Strickland*, 792 F.2d 1069, 1073 (11th Cir. 1986) (en banc).[2] Judges thus have considerable discretion and flexibility in reigning in such litigants. *Id.* at 1074.

Finch has failed to furnish any information about his living expenses to enable indigency assessment. He did not use an approved IFP form (available on the Court's website), which would have required that information. Hence, his IFP motion should be **DENIED**. Doc. 2. Should he file any Fed. R. Civ. P. 72(b)(2) Objections to this Report and Recommendation, he should also show the district judge why he should not be sanctioned for filing yet another frivolous complaint (for his allegation that he is owed $43,525,000 in lost interest on a non-interest-bearing account is patently absurd).

---

[2] Every lawsuit or paper filed with the Court, no matter how frivolous or repetitious, requires the investment of the Court's time and imposes a burden on its limited resources. *In re McDonald*, 489 U.S. 180, 184 (1989); *Procup*, 792 F.2d at 1072. The Court has the responsibility of ensuring that those resources "are allocated in a way that promotes the interests of justice." *In re McDonald*, 489 U.S. at 184. That goal is not furthered when the Court tolerates repeated filings from a litigant alleging frivolous claims, for the continual processing of such a flood of frivolous litigation from a single litigant necessarily "encroach[es] on the judicial machinery needed by others." *Procup*, 792 F.2d at 1074.

4

**SO REPORTED AND RECOMMENDED** this  16TH day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA