# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| ROBERT CURTIS FINCH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. CV614-021 |
| BANK OF NEWINGTON, | ) ) ) | |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

In that Robert Finch has failed to pay the $400 filing fee as directed, doc. 8, his case should be **DISMISSED WITHOUT PREJUDICE.**

**SO REPORTED AND RECOMMENDED** this  10th  day of July, 2014.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA